**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**TRACY Y.,**[1]

**Plaintiff,**

**v.** **Civil No. 2:25cv297**

**FRANK BISIGNANO, Commissioner of Social Security,**

**Defendant.**

**FINAL ORDER**

Tracy Y. ("Plaintiff"), with the assistance of counsel, brought this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits and supplemental security income under the Social Security Act. ECF No. 1. This matter was referred to a United States Magistrate Judge for a Report and Recommendation ("R&R"), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure. ECF No. 5. The Magistrate Judge filed the R&R on May 19, 2026, recommending that the Court deny Plaintiff's motion for summary judgment and affirm the final decision of the Commissioner. ECF No. 11, at 33.

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts use only the first name and last initial of any non-government parties in Social Security cases due to privacy concerns endemic to such cases.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. Id. The Court has received no objections to the Magistrate Judge's R&R, and the time for filing objections has expired.

Having reviewed the relevant portions of the record and finding no clear error in the Magistrate Judge's findings or reasoning, the Court hereby **ADOPTS** in full the findings and recommendations set forth in the R&R of the United States Magistrate Judge filed on May 19, 2026.[2] Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**.

The Clerk shall forward a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ MSD

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 11, 2026

[2] As no objections to the R&R were filed, this Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).